

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00341-CV

| | | |
|---|---|---|
| RIDGMAR MEDICAL LODGE, WISE HEALTH SERVICES, PRIORITY MANAGEMENT GROUP, LLC AND CTR PARTNERSHIP, LP, Appellants | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-325679-21) |
| v. | § | March 9, 2023 |
| CONCEPCION TORRES, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DOLORES GUADALUPE MARTINEZ AND BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF DOLORES GUADALUPE MARTINEZ, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Ridgmar Medical Lodge, Wise Health Services, Priority Management Group, LLC and CTR Partnership, LP shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker